SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| SARETH ROS, | No.  2:15-cv-02389-EFB |
| Plaintiff, | **STIPULATION AND [~~proposed~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For

Summary Judgment in the above-referenced case is hereby extended from the present due date of

May 5, 2016, by forty-five days, to the new due date of June 20, 2016, **and all other deadlines**

**be extended accordingly**.  This extension is requested because Plaintiff's attorney has a very

heavy briefing schedule and an unexpectedly heavy load of administrative hearings on calendar.

///

///

///

1

1    DATED:  April 19, 2016                    BENJAMIN B. WAGNER
                                               United States Attorney
2                                              DEBORAH LEE STACHEL
                                               Acting Regional Chief Counsel, Region IX
3

4

5    /s/ Shellie Lott                          /s/ Heather M. Moss
     SHELLIE LOTT,                              HEATHER M. MOSS,
6    Attorney for Plaintiff                    (As authorized via E-mail on 04/19/2016)
                                               Special Assistant U S Attorney
7                                              Attorneys for Defendant

8
                                  **O R D E R**
9

10          Pursuant to the stipulation of the parties showing good cause for a requested extension of

11   Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.

12          Plaintiff shall file his Motion For Summary Judgment on or before June 20, 2016.

13          SO ORDERED.

14   DATED:  April 20, 2016.

15                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                               2